IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAQWAYNE DESON BRYANT,

    Plaintiff,                      No. CIV S-05-2416 MCE DAD P

    vs.

DOES,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner at California State Prison Sacramento, has file an application requesting leave to proceed in forma pauperis. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying plaintiff's application until an action has been properly commenced.[1] Plaintiff will be provided the opportunity to file his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application is stayed pending the filing of his complaint;

        2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. See 28 U.S.C. §§ 1914(a), 1915(a).

1

Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: December 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
brya2416.IFPonly.nocmp