IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAQWAYNE DESON BRYANT,                No. 2:05-cv-2416-MCE-DAD-P

    Plaintiff,

  v.                                    ORDER

DOES,

    Defendants.
_____/

Plaintiff is a state prisoner proceeding pro se. He initiated this action by filing a defective application requesting leave to proceed in forma pauperis.[1] No Complaint or Petition for a Writ of Habeas Corpus has been subsequently filed. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

---

[1] On January 3, 2006 and February 13, 2006, Plaintiff again filed incomplete applications requesting leave to proceed in forma pauperis.

1

1  On February 3, 2006, the magistrate judge filed Findings and
2  Recommendations herein which were served on Plaintiff and which
3  contained notice to Plaintiff that any Objections to the Findings
4  and Recommendations were to be filed within twenty (20) days.
5  Plaintiff filed a document titled, "Objections to Magistrate
6  Judge's [sic]", but it contains no arguments or statements.

7  In accordance with the provisions of 28 U.S.C.
8  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
9  de novo review of this case.  Having carefully reviewed the
10 entire file, the Court finds the Findings and Recommendations to
11 be supported by the record and by proper analysis.

12 Accordingly, IT IS HEREBY ORDERED that:

13 1.  The Findings and Recommendations filed February 3, 2006,
14 are adopted in full; and

15 2.  This action is dismissed without prejudice.  See Local
16 Rule 11-110; Fed. R. Civ. P. 41(b).

17 DATED: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2